SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 6:40 p.m. on September 27, 2018 and recessed at 7:00 p.m.

PRESENT:   <u>Mark L. Hornsby</u>, Magistrate Judge, Presiding
<u>Jill Keller</u>, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 20 minutes

### 5:18-SM-00014   GRAND JURY REPORT

 X   Partial Report
 X   Warrants/summons ordered issued as indicated.

#### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 5:15-cr-00184-01** | X | |
| 5:18-cr-00120-01** | | X |
| 5:18-cr-00251-01 | | X |
| 5:18-cr-00251-02 | | X |
| 5:18-cr-00255-01 | | X |
| 5:18-cr-00256-01*** | X/WRIT | |
| 5:18-cr-00257-01*** | X/WRIT | |

#### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:18-cr-00221-01* | X | |
| 1:18-cr-00221-02* | X | |
| 1:18-cr-00221-03 | X | |
| 1:18-cr-00221-04 | X | |

| | |
|---|---|
| 1:18-cr-00221-05 | X |
| 5:18-cr-00252-01 | X |
| 5:18-cr-00252-02 | X |
| 5:18-cr-00252-03 | X |
| 5:18-cr-00253-01 | X |
| 5:18-cr-00254-01*** | X/WRIT |
| 5:18-cr-00254-02 | X |
| 3:18-cr-00258-01 | X |
| 3:18-cr-00258-02*** | X/WRIT |
| 5:18-cr-00259-01 | X |
| 5:18-cr-00261-01 | X |
| 5:18-cr-00261-02 | X |
| 5:18-cr-00262-01*** | X/WRIT |
| 5:18-cr-00262-02 | X |
| 5:18-cr-00262-03 | X |
| 5:18-cr-00262-04 | X |
| 5:18-cr-00262-05*** | X/WRIT |

  *   In Federal Custody
 **   Superseding Indictment
***   State Custody