UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 18-00252-01-03 |
| | * | |
| VERSUS | * | |
| | * | |
| BRANT R. LANDRY (01), | * | JUDGE FOOTE |
| MIKE MOSURA (02), and, | * | |
| JULIE LANDRY (03) | * | MAGISTRATE JUDGE HORNSBY |

**GOVERNMENT'S VOIR DIRE**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully requests that in addition to the standard *voir dire* used by the Court, the following non-standard *voir dire* be included:

1. Do you have any belief or opinion on the subject of firearms or the laws that govern firearms that could affect the way you think about this case?

2. Do you believe it is proper for the Government to regulate the types of firearms a person can lawfully possess?

3. Do you believe that federal laws regulating the possession of firearms are too strict?  Too lenient?

4. Have you, a close family member, or friend, been affected directly or indirectly by addiction to anabolic steroids?

5. Do you oppose certain federal laws that prohibit or regulate the possession and/or distribution of certain drugs or controlled substances, in particular anabolic steroids?

6. Is there anything in your background or experience that would cause you to view the United States Government unfavorably?

7. Potential witnesses in this case are employed by the Drug Enforcement Administration and the Bossier Parish Sheriff's Department.   Do you have any strong personal feelings for or against those agencies for any reason?

8. Would you require the Government to prove guilt beyond *any* doubt?

The Government respectfully requests the opportunity to file additional *voir dire* questions should they become necessary.

                                      Respectfully submitted,

                                      DAVID C. JOSEPH
                                      UNITED STATES ATTORNEY

By:   */s/ Earl M. Campbell*
        Earl M. Campbell (LA Bar #25957)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, LA   71101
        Phone: (318) 676-3600